**Zachary N. LINVILLE, Appellant,**

v.

**STATE of Florida, Appellee.**

**Case No. 5D16–1807**

District Court of Appeal of Florida, Fifth District.

Opinion filed December 30, 2016

Zachary N. Linville, Wewahitchka, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

COHEN, J.

The State properly concedes that Zachary N. Linville's motion for return of personal property was legally sufficient. We agree and reverse and remand for further proceedings. See Bolden v. State, 875 So.2d 780, 782–83 (Fla. 2d DCA 2004) (noting that if motion for return of personal property is facially sufficient, trial court may order State to respond to motion or hold an evidentiary hearing).

REVERSED and REMANDED.

BERGER and WALLIS, JJ., concur.